IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| JOI WATTS, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| | ) | FILE NO. |
| v. | ) | 1:11-CV-1450-TCB |
| | ) | |
| JOHN DOE and/or GEORGE REED, | ) | |
| JPMORGAN CHASE | ) | |
| BANK, and EBAY INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DISMISSAL WITH PREJUDICE

COMES NOW, PLAINTIFF JOI WATTS, in the above referenced matter, by and through counsel and hereby dismisses the above-styled action against DEFENDANTS, JOHN DOE and/or GEORGE REED, an individual, JPMORGAN CHASE BANK a corporation, and EBAY INC., a corporation with Prejudice.

Respectfully submitted this 14th day of June, 2011

1

/s/ *Ulice Sauls, III*
Ulice Sauls, III
Georgia Bar No. 100137

/s/ *Jarrod H. Oxendine*
Jarrod H. Oxendine
Georgia Bar No. 142313

OXENDINE & SAULS, LLC.
1815 Satellite Blvd.
Suite 304
Duluth, Georgia 30097
(770) 497-8688 - *Telephone*
*tsauls@oxslaw.com*
*Joxendine@oxslaw.com*